**Below is the Order of the Court.**

*Mary Jo Heston* (signature)
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

GREINER, James Michael,

    Debtor.

No. 18-43364

**ORDER DENYING CONFIRMATION AND DENYING MOTION FOR RELIEF FROM STAY BY WILMINGTON SAVING FUND**

THIS MATTER having come on regularly for confirmation of the plan and on Wilmington Saving Fund's (hereinafter "Wilmington") motion for relief from stay, and the Court having reviewed the files and records herein, heard argument from counsel from both parties at the hearing and being otherwise fully advised in the premises, it is

1. ORDERED that confirmation of the Debtor's plan (Docket No. 13) is DENIED.

2. ORERERED that Wilmington's motion for relief from stay (Docket No. 15) is DENIED.

3. ORDERED that the Debtor shall file a feasible amended plan no later than 14 days from the date of entry of this order and that the Debtor note said amended plan for the hearing with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available Chapter 13 motion calendar.

ORDER DENYING CONFIRMATION AND DENYING
CREDITOR'S MOTION FOR RELIEF FROM STAY- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 18-43364-MJH    Doc 26    Filed 12/12/18    Ent. 12/12/18 11:28:13    Pg. 1 of 2

4. ORDERED that failure to file a feasible, amended, Chapter 13 Plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee submitting and order dismissing this Chapter 13 proceeding.

///End of Order ///

Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

ORDER DENYING CONFIRMATION AND DENYING
CREDITOR'S MOTION FOR RELIEF FROM STAY- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476